**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Isaac Garza v. The State of Texas

Appellate case number:   01-13-00823-CR

Trial court case number: 1381536

Trial court:             228th District Court of Harris County

On May 22, 2014, this Court granted appellant Isaac Garza's request to dismiss his appeal. On July 14, 2014, appellant filed a motion requesting expedited issuance of the mandate. We find that appellant's motion demonstrates good cause for expediting the issuance of the mandate in this case. *See* TEX. R. APP. P. 18.1(c). Accordingly, the motion is **granted** and the Clerk of this Court is ordered to immediately issue the mandate in this case.

It is so ORDERED.


Judge's signature: /s/ <u>Jane Bland</u>
⊠ Acting individually     ☐ Acting for the Court


Date:  July 16, 2014